# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § § | CASE NO. 17-24036-CMB |
| JAMES R. KEYS § | |
| AMELIA M. KEYS § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust X** | **The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS6 c/o Specialized Loan Servicing LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Court Claim # (if known):1-1
Amount of Claim: $62,126.35
Date Claim Filed 10/16/2017

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1262**

Phone:(800)-315-4757
Last Four Digits of Acct.#1262

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
PO Box 636007
Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1262**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty            Date:            12/12/2017
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 12, 2017       via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*
James R. Keys
3409 Cherry Street
West Mifflin, PA 15122

**Co-Debtor**       *Via U.S. Mail*
Amelia M. Keys
3409 Cherry Street
West Mifflin, PA 15122

**Debtors' Attorney**
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

**Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

/s/ John J. Rafferty
John J. Rafferty

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE       1

4127-N-4368