**B 2100A (Form 2100A) (12/15)**

## UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In re:  JAMES R. KEYS                                             Case No.   17-24036
        AMELIA M. KEYS

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-ThroughTrust X | Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust X |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675
Phone: (800)365-7107
Last Four Digits of Acct #: 5035
Email : mtgbk@shellpointmtg.com

Court Claim # (if known): 1-1
Amount of Claim :  $62126.35
Date Claim Filed  : 10/16/2017

Phone :  (800) 315-4757
Last Four Digits of Acct #: 1262

Name and Address where transferee payments should be sent (if different from above):
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
Phone: (800)365-7107
Last Four Digits of Acct #: 5035
Email : mtgbk@shellpointmtg.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Dipika Parmar                                            Date :   05/31/2018
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent