IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-24036 |
| James R. Keys | | |
| Debtor | | |
| Amelia M. Keys | : | Chapter 13 |
| Joint Debtor | : | Judge: Carlota M. Bohm |

**STIPULATION IN SETTLEMENT OF DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY AND FOR IMPOSITION OF SANCTIONS AND ATTORNEY'S FEES**

**WHEREAS,** Debtors filed a Motion to enforce automatic stay and for imposition of Sanctions and Attorneys' Fees (the "Motion");

**WHEREAS**, U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X c/o Shellpoint Mortgage Servicing filed a response;

NOW THEREFORE, this 2nd day of July, the parties do hereby agree as follows:

1. The parties have entered into a separate, confidential settlement agreement in consideration for which Debtors' hereby agree to withdraw the Motion with Prejudice.
2. The Motion is hereby withdrawn with Prejudice.

| | |
|---|---|
| PINCUS LAW GROUP, PLLC | STEIDL & STEINBERG |
| /s/Nicole B. LaBletta | /s/ Abagale Steidl |
| Nicole LaBletta, Esq. ` | Abagale Steidl, Esquire |
| 425 RXR Plaza | Attorney for Debtors |
| Uniondale, New York 11556 | |
| Telephone: 516-699-8902 | |
| Fax: 516-279-6990 | |
| Attorneys for U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X c/o Shellpoint Mortgage Servicing | |